| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SANTA ANA DIVISION**

| In re:<br><br>**Cara Jo Dirienzo** | CASE NO.:<br><br>CHAPTER: **7** |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   06/06/2026      Cara Jo Dirienzo
_____
                Printed name of Debtor 1

_____
                Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____          _____          _____
                                          Printed name of Debtor 2                                Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Employee Name:** Cara J D'Ignazio
**Employee #:** 81010244
**Employee Address:** 125 Baker St
unit 315
Costa Mesa, CA 92626
**Department:** FOH
**Job Title:** Server

**Employer Name:** King's Seafood Company LLC
**Employer Phone:** 714-432-0400
**Employer Address:** 3185 Airway Avenue
Suite J
Costa Mesa, CA 92626

**Pay Date:** 4/28/2026
**Pay Period:** 4/8/2026 - 4/21/2026
**Deposit Advice #:** 252759115
**Pay Frequency:** Bi-Weekly
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** Single (CA)
**State Exemptions:** 0 (CA)

| | Current 4/8/2026 - 4/21/2026 | | | YTD As of 4/21/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **25.1497** | | **$425.03** | **56.9837** | **$963.02** |
| REGULAR | 25.1497 | 16.9000 | $425.03 | 56.9837 | $963.02 |
| **Taxable Benefits** | | | **$245.00** | | **$245.00** |
| DECLARED TIPS | | | $245.00 | | $245.00 |
| **Taxes** | | | **$65.05** | | **$113.21** |
| Fed W/H | | | $5.08 | | $5.08 |
| FICA EE | | | $41.54 | | $74.90 |
| Fed MWT EE | | | $9.72 | | $17.52 |
| CA DT EE | | | $8.71 | | $15.71 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$359.98** | | **$849.81** |
| Direct Deposit | 121000358 | XXXXXXXX9142 | $359.98 | | |

## Accruals & Balances

| | | | |
|---|---|---|---|
| Sick - Hours Balance: | 1.9 Hours | Sick - Hours Accrued: | .84 Hours |
| Sick - Available Balance: | 1.9 Hours | | |

| | | |
|---|---|---|
| **Employee Name:** | Cara J D'Ignazio | |
| **Employee #:** | 81010244 | |
| **Employee Address:** | 125 Baker St | |
| | unit 315 | |
| | Costa Mesa, CA 92626 | |
| **Department:** | FOH | |
| **Job Title:** | Server | |

| | |
|---|---|
| **Pay Date:** | 5/12/2026 |
| **Pay Period:** | 4/22/2026 - 5/5/2026 |
| **Deposit Advice #:** | 260803285 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | Single (CA) |
| **State Exemptions:** | 0 (CA) |

**Employer Name:** King's Seafood Company LLC
**Employer Phone:** 714-432-0400
**Employer Address:** 3185 Airway Avenue Suite J Costa Mesa, CA 92626

| | Current 4/22/2026 - 5/5/2026 | | | YTD As of 5/5/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **34.1503** | | **$577.14** | **91.1340** | **$1,540.16** |
| REGULAR | 34.1503 | 16.9000 | $577.14 | 91.1340 | $1,540.16 |
| **Taxable Benefits** | | | **$545.00** | | **$790.00** |
| DECLARED TIPS | | | $545.00 | | $790.00 |
| **Taxes** | | | **$166.41** | | **$279.62** |
| Fed W/H | | | $50.81 | | $55.89 |
| FICA EE | | | $69.57 | | $144.47 |
| Fed MWT EE | | | $16.27 | | $33.79 |
| CA W/H | | | $15.17 | | $15.17 |
| CA DT EE | | | $14.59 | | $30.30 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$410.73** | | **$1,260.54** |
| Direct Deposit | 121000358 | XXXXXXXX9142 | $410.73 | | |

## Accruals & Balances

| | | | |
|---|---|---|---|
| Sick - Hours Balance: | 3.04 Hours | Sick - Hours Accrued: | 1.14 Hours |
| Sick - Available Balance: | 3.04 Hours | | |

dayforce

Page 1 of 1

| | | | | |
|---|---|---|---|---|
| **Employee Name:** | Cara J Dinorizo | | **Pay Date:** | 5/26/2026 |
| **Employee #:** | 81010244 | | **Pay Period:** | 5/6/2026 - 5/19/2026 |
| **Employee Address:** | 125 Baker St unit 315 Costa Mesa, CA 92626 | | **Deposit Advice #:** | 268913892 |
| | | | **Pay Frequency:** | Bi-Weekly |
| **Department:** | FOH | | **Federal Filing Status:** | Single |
| **Job Title:** | Server | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | | | **State Filing Status:** | Single (CA) |
| | | | **State Exemptions:** | 0 (CA) |

**Employer Name:** King's Seafood Company LLC
**Employer Phone:** 714-432-0400
**Employer Address:** 3185 Airway Avenue Suite J Costa Mesa, CA 92626

| | Current 5/6/2026 - 5/19/2026 | | | YTD As of 5/19/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **40.5834** | | **$685.86** | **131.7174** | **$2,226.02** |
| REGULAR | 40.5834 | 16.9000 | $685.86 | 131.7174 | $2,226.02 |
| **Taxable Benefits** | | | **$680.00** | | **$1,470.00** |
| DECLARED TIPS | | | $680.00 | | $1,470.00 |
| **Taxes** | | | **$225.82** | | **$505.44** |
| Fed W/H | | | $80.06 | | $135.95 |
| FICA EE | | | $84.68 | | $229.15 |
| Fed MWT EE | | | $19.80 | | $53.59 |
| CA W/H | | | $23.53 | | $38.70 |
| CA DT EE | | | $17.75 | | $48.05 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$460.04** | | **$1,720.58** |
| Direct Deposit | 121000358 | XXXXXXXX9142 | $460.04 | | |

## Accruals & Balances

| | | | |
|---|---|---|---|
| Sick - Hours Balance: | 4.39 Hours | Sick - Hours Accrued: | 1.35 Hours |
| Sick - Available Balance: | 4.39 Hours | | |

**Employee Name:** Cara J Dinardo
**Employee #:** 81010244
**Employee Address:** 125 Baker St
unit 315
Costa Mesa, CA 92626
**Department:** FOH
**Job Title:** Server

**Pay Date:** 5/26/2026
**Pay Period:** 5/6/2026 - 5/19/2026
**Deposit Advice #:** 268913892
**Pay Frequency:** Bi-Weekly
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** Single (CA)
**State Exemptions:** 0 (CA)

**Employer Name:** King's Seafood Company LLC
**Employer Phone:** 714-432-0400
**Employer Address:** 3185 Airway Avenue
Suite J
Costa Mesa, CA 92626

| | Current 5/6/2026 - 5/19/2026 | | | YTD As of 5/19/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **40.5834** | | **$685.86** | **131.7174** | **$2,226.02** |
| REGULAR | 40.5834 | 16.9000 | $685.86 | 131.7174 | $2,226.02 |
| **Taxable Benefits** | | | **$680.00** | | **$1,470.00** |
| DECLARED TIPS | | | $680.00 | | $1,470.00 |
| **Taxes** | | | **$225.82** | | **$505.44** |
| Fed W/H | | | $80.06 | | $135.95 |
| FICA EE | | | $84.68 | | $229.15 |
| Fed MWT EE | | | $19.80 | | $53.59 |
| CA W/H | | | $23.53 | | $38.70 |
| CA DT EE | | | $17.75 | | $48.05 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$460.04** | | **$1,720.58** |
| Direct Deposit | 121000358 | XXXXXXXX9142 | $460.04 | | |

## Accruals & Balances

| | | | |
|---|---|---|---|
| Sick - Hours Balance: | 4.39 Hours | Sick - Hours Accrued: | 1.35 Hours |
| Sick - Available Balance: | 4.39 Hours | | |

Page 1 of 1