Certificate Number: 14912-CAC-DE-041081483

Bankruptcy Case Number: 26-11786



14912-CAC-DE-041081483

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 10, 2026, at 9:42 o'clock PM EDT, Cara Dirienzo completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:    June 10, 2026                          By:      /s/Jai Bhatt

Name:  Jai Bhatt

Title:    Counselor